NELDA D. COSTNER, WIDOW OF THE DECEASED AND NELDA D. COSTNER, AD-
MINISTRATRIX OF THE ESTATE OF AUSTIN F. COSTNER, DECEASED, EMPLOYEE
v. A. A. RAMSEY & SONS, INC., EMPLOYER; BITUMINOUS INSURANCE
COMPANIES, CARRIER

No. 412A86

(Filed 6 January 1987)

**Appeal and Error § 64— absence of majority vote—Court of Appeals decision un-
disturbed**

Where two members of the Supreme Court did not participate in the con-
sideration or decision of a case, the remaining members of the Court are divid-
ed three to two, and there is thus no majority of the Court voting to either
affirm or reverse, the decision of the Court of Appeals is left undisturbed and
stands without precedential value.

Justices WEBB and WHICHARD did not participate in the consideration or
decision of this case.

APPEAL by plaintiff-appellant from a decision of a divided
panel of the Court of Appeals reported at 81 N.C. App. 121, 343
S.E. 2d 607 (1986), reversing an award of the North Carolina In-
dustrial Commission entered in I.C. File No. 715130 and remand-
ing the case for further order of the Commission. Heard in the
Supreme Court 9 December 1986.

*Bridges, Bridges & Morgan, P.A., by Forrest Donald Bridges,
for plaintiff-appellant.*

*Caudle & Spears, P.A., by Lloyd C. Caudle and Richard S.
Guy, for defendant-appellees.*

PER CURIAM.

Justices Webb and Whichard took no part in the considera-
tion or determination of this case. The remaining members of this
Court being divided three to two as to the result and thus there
being no majority of the Court voting to either affirm or reverse,
the decision of the Court of Appeals is left undisturbed and
stands without precedential value.

Affirmed.

Justices WEBB and WHICHARD did not participate in the con-
sideration or decision of this case.